1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA NILSEN, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA; COLLEGE RETIREMENT EQUITIES FUND; TIAA-CREF INDIVIDUAL AND INSTITUTIONAL SERVICES, LLC; and RUTH TAKA<br><br>　　Defendants. | Case No. 5:24-cv-08306-BLF<br><br>**[PROPOSED] JUDGMENT AS TO THE TIAA DEFENDANTS**<br><br>Complaint Filed: Nov. 21, 2024<br><br>Hon. Beth Labson Freeman |

**JUDGMENT**

1  On August 13, 2025, the Court issued an order on the Rule 12(b)(6) motion to dismiss filed by Defendants Teachers Insurance and Annuity Association of America, College Retirement Equities Fund, and TIAA-CREF Individual and Institutional Services, LLC (collectively the "TIAA Defendants"), ruling that Plaintiff Karina Nilsen ("Plaintiff")'s operative First Amended Complaint and all claims therein must be dismissed as to the TIAA Defendants without leave to amend.  Dkt. 60.  For the reasons set forth in that order and pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason to delay entry of judgment in favor of the TIAA Defendants.  Therefore,

IT IS SO ORDERED AND ADJUDGED that this action is dismissed in its entirety as to the TIAA Defendants, with prejudice and without leave to amend. Plaintiff shall take nothing from the TIAA Defendants by this action.

Dated:  August 28, 2025

_____
HON. BETH LABSON FREEMAN

**JUDGMENT**